IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY K. LEMMER                                                                              PLAINTIFF

v.                               Case No. 6:15-CV-06039

DAVID WHITE, Sheriff, Montgomery County, Arkansas;
SGT. CECIL T. ROWTON; SGT. JOE WESTON;
DEPUTY JACOB COGBURN; DEPUTY JOSH BAKER;
and FUZZ ROBINS, Jail Administrator, Montgomery
County Detention Center                                                                DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 10) from United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the Magistrate's report contains no clear error and that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's claims against Defendants David White, Cecil T. Rowton, Joe Weston, Jacob Cogburn, and Josh Baker are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of April, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE