IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY K. LEMMER                                                               PETITIONER

v.                           Case No. 6:15-CV-06039

FUZZ ROBINS, Jail Administrator,
Montgomery Detention Center                                                    DEFENDANT

## ORDER

Currently before the Court is the report and recommendation (Doc. 35) of Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. No objections were filed.

The Magistrate's report (Doc. 35) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reason set forth in the report, IT IS ORDERED that Defendant's motion to dismiss (Doc. 30) is GRANTED, and the Complaint is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 21st day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE