IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY K. LEMMER                                                              PETITIONER

v.                                  Case No. 6:15-CV-06039

FUZZ ROBINS, Jail Administrator,
Montgomery Detention Center                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 21st day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE